

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA RESTREPO AND CARLOS RESTREPO D/B/A COLLECTIVELY RDI GLOBAL SERVICES AND R&D INTERNATIONAL, | § § § § | No. 08-16-00114-CV Appeal from County Court at Law No. 5 |
| Appellants, | § § | of El Paso County, Texas |
| v. | § § | (TC # 2012-DCV-04523) |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § § | |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Finding that there is no appealable order, we dismiss the appeal for want of jurisdiction.

Appellants' notice of appeal indicates that they are appealing from a writ of execution issued by the El Paso County District Clerk in cause number 2012-DCV-04523. It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A separate appeal is pending from the final judgment entered by the trial

court in the same cause number (our cause number 08-15-00348-CV). It is well established that a writ of execution and orders incident to such a writ are not appealable orders. *Schultz v. Fifth Judicial District Court of Appeals*, 810 S.W.2d 738, 740 (Tex. 1991); *Qualia v. Qualia*, 37 S.W.3d 128, 129 (Tex.App.--San Antonio 2001, no pet.). On June 6, 2016, we gave Appellants notice of our intent to dismiss the appeal for lack of jurisdiction. They have not filed any response. Finding there is no appealable order, we dismiss the appeal for lack of jurisdiction.

July 6, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating